

# Fourth Court of Appeals
## San Antonio, Texas

July 13, 2015

No. 04-15-00407-CV

**IN RE ATLANTIC SOUNDING CO., INC.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
               Patricia O. Alvarez, Justice
               Luz Elena D. Chapa, Justice

On July 6, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real party in interest may file a response to the petition in this court no later than August 4, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on July 13, 2015.

**PER CURIAM**

ATTESTED TO: _____
                      Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. DC-14-844, styled *Juan Gonzalez v. Atlantic Sounding Co., Inc.*, pending in the 229th Judicial District Court, Starr County, Texas, the Honorable Ana Lisa Garza presiding.